THE PEOPLE ex rel. JAMES SKAHAN, Appellant, *v.* THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF NEW YORK, Respondent.

(Submitted February 4, 1879; decided February 18, 1879.)

*William F. Howe* for appellant.

*Charles F. MacLean* for respondent.

*Per Curiam mem.* for affirmance on opinion of DAVIS J., in court below.
All concur.
Judgment affirmed.